THE STATE EX REL. DREW, APPELLEE, *v.* INDUSTRIAL
COMMISSION OF OHIO ET AL., APPELLANTS.

[Cite as *State ex rel. Drew v. Indus. Comm.* (1998), 82 Ohio St.3d 176.]

(No. 95–2220—Submitted May 12, 1998—Decided June 17, 1998.)

*William D. Snyder & Associates* and *John Lesko,* for appellee.

*Betty D. Montgomery,* Attorney General, and *James M. Carroll,* Assistant Attorney General, for appellants.

The judgment of the court of appeals is affirmed.

DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

MOYER, C.J., and LUNDBERG STRATTON, J., dissent and would reverse the judgment of the court of appeals.